UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DANIEL R. MORGAN,
    Plaintiff

v.                                                            C.A. No. 10-241 S

ASHBEL T. WALL,
ET AL.,
    Defendants.

## ORDER

The Report and Recommendation of United States Magistrate Judge Jacob Hagopian filed on August 31, 2010, in the above-captioned matter is hereby accepted pursuant to Title 28 United States Code § 636(b)(1). No objection having been filed to the Report & Recommendation, Plaintiff's Motions for Leave to Proceed In Forma Pauperis and for Preliminary Injunction (document #s 2 and 3) are hereby DENIED, and the Complaint (document #1) is hereby DISMISSED for failure to state a claim upon which relief may be granted, pursuant to 28 U.S.C. §1915(e)(2).

ENTER:

_____
William E. Smith
United States District Judge

Date: 9/23/10